# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| IN RE: Julia R. Williams  Debtor | Chapter 13 Case No.: 12-42481 |
|---|---|

## MOTION TO TURN OVER FUNDS TO THE DEBTOR

**NOW COMES** the Debtor and files her Motion as follows:

1.

The Debtor filed for protection under Chapter 13 of the United States Bankruptcy Code on December 28, 2012.

2.

Funds in the amount of $1,054.91 were deducted from the Debtor's checking account with Wells Fargo Bank for a garnishment filed on behalf of LVNV Funding LLC. The bank has released the account and sent funds to the Chapter 13 Trustee in the amount of $1,054.91.

3.

The Debtor has claimed these funds as exempt.

4.

The Debtor wishes to have the funds of $1,054.91 returned to her.

**WHEREFORE** the Debtor prays that an Order be entered directing the Chapter 13 Trustee to release these fund to them. Additionally, she requests

any other relief the Court may deem proper and just under the circumstances.

**RESPECTFULLY Submitted** this 15th day of January, 2013.

_____
JUDSON C. HILL
ATTORNEY FOR DEBTOR

GASTIN & HILL
Post Office Box 8012
Savannah, GA 31412
(912) 232-0203
File #12510

SOUTHERN DISTRICT OF GEORGIA

STATE OF GEORGIA

| IN RE: | |
|---|---|
| Julia R. Williams         Debtor | Chapter 13<br>Case No.: 12-42481 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the **Motion for Turnover** to the parties outlined below in Exhibit "A" pursuant to Local ECF Rule 9:

This 15th day of January, 2013.

*Pamela J. Barolet*
PAMELA J. BAROLET, PARALEGAL

Post Office Box 8012
Savannah, Georgia 31412
(912) 232-0203

### EXHIBIT "A"

O. Byron Meredith, III, Chapter 13 Trustee