**FILED**
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Savannah, Georgia
By ledenfield at 10:50 am, Jan 22, 2013

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| IN RE:<br><br>Julia R. Williams<br>Debtor | Chapter 13<br>Case No.: 12-42481 |
|---|---|

### ORDER

THE FORGOING MOTION having been read and considered, and evidence having been presented;

IT IS ORDERED that the Chapter 13 Trustee shall release $1,054.91 to the Debtor.

Date: JAN 1 8 2013

HONORABLE LAMAR W. DAVIS, JR.
UNITED STATES BANKRUPTCY JUDGE

No Objection:

O. Byron Meredith, III, Chapter 13 Trustee

Submitted by:
Judson C. Hill, GA Bar # 354277
P.O. Box 8012
Savannah, GA 31412
(912) 232-0203
bankruptcy@gastinhill.net