# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Julia R. Williams**  
    Debtor

Case No.:   12–42481–MJK  
Judge:   Michele J. Kim  
Chapter:   13

## *FINAL DECREE*

The estate of the above named debtor has been fully administered.

*IT IS ORDERED THAT:*

O Byron Meredith III is discharged as trustee of the estate of the above–named debtor and the bond is canceled; and the case of the above debtor is closed.

                                              Michele J. Kim,  
                                              United States Bankruptcy Judge  
                                              125 Bull St, Rm 213  
                                              P.O. Box 8347  
                                              Savannah, GA 31412

Dated: June 25, 2018

*B272 [07/14]*